UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 13, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| FRANKLIN JOVANY TORRES, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 876(c) |
| Defendant. | : | (Mailing Threatening Communications) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 6, 2019, within the District of Columbia, **FRANKLIN JOVANY TORRES**, knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, dated July 2, 2019, addressed to A.M., located at an address in the District of Columbia, and containing a threat to injure A.M.

(**Mailing Threatening Communications**, in violation of Title 18, United State Code, Section 876(c))

A TRUE BILL:


FOREPERSON.

_/s/ Michael R. Sherwin_

Attorney of the United States in
and for the District of Columbia.